**Ebony BOWDEN, Appellant,**

v.

**UNITED HEALTHCARE SERVICES, INC., and Division of Employment Security, Respondents.**

**No. ED 103254**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: April 26, 2016

Attorneys for Appellant: John J. Ammann, St. Louis University Legal Dept., 100 North Tucker, Suite 704, St. Louis, MO 63101.

Attorneys for Respondent: Arthur J. Neuhedel, 7111 West 151st Street, Suite 212, Overland Park, KS 66223, Bart A. Matanic, 421 East Dunklin Street, P.O. Box 59, Jefferson City, MO 65104.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

## ORDER

PER CURIAM.

Ebony Bowden appeals from the Labor and Industrial Relations Commission's decision denying her unemployment benefits because she committed misconduct in connection with her employment.

We have reviewed the briefs of the parties and the record on appeal, and we affirm. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished

1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicat-

with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).